**Order entered November 13, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01228-CV

**CLEAN ENERGY AND CLEAN ENERGY FUELS CORPORATION, Appellants**

**V.**

**TRILLIUM TRANSPORTATION FUELS, LLC AND
TRILLIUM USA COMPANY, LLC, Appellees**

**On Appeal from the 192nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-18-10489**

## ORDER

Before the Court is appellants' November 8, 2018 unopposed motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **December 13, 2018**. We caution appellants that further requests for extension in this accelerated appeal will be disfavored.

/s/    ADA BROWN
          JUSTICE